```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

                    v.                                    16-CR-670 (KMW)

                                                          **ORDER**

MARIA MAGDALENA ALMONTE,

                    Defendant.
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __June 24, 2021___

KIMBA M. WOOD, United States District Judge:

On August 17, 2020, Defendant's petition pursuant to 28 U.S.C. § 2255 was dismissed. (ECF No. 310.) In addition, on November 4, 2020, Defendant's motion for compassionate release was denied. (ECF No. 325.)

On June 3, 2021, the Court received a "Motion for Hardship Credit for Hard Time Served," dated May 26, 2021. (ECF No. 353.) The motion invokes "several protections under the Fourteenth and Fifth Amendments of the United States Constitution" and asserts that "two days credit" are warranted for each day served by Defendant at FCI Aliceville. (*See id.* at 1.)

It is hereby ORDERED that:

1. On or before July 12, 2021, the Government shall respond to Defendant's motion.

2. The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant, along with a copy of ECF No. 325.

Dated: New York, New York
       June 24, 2021

                              /s/ Kimba M. Wood
                              KIMBA M. WOOD
                              United States District Judge